UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENT T. STARR, ) | |
| ) | CASE NO. C14-0405-RAJ-MAT |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER DENYING PETITIONER'S |
| ) | MOTION FOR APPOINTMENT OF |
| MIKE OBENLAND, ) | COUNSEL AND GRANTING |
| ) | MOTION FOR EXTENSION OF TIME |
| Respondent. ) | |
| ) | |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motions for appointment of counsel and for an extension of time to file a response to respondent's answer. Respondent has filed no response to either motion. The Court, having reviewed petitioner's motions, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's motion for appointment of counsel (Dkt. 16) is DENIED. There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required. *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules

Governing Section 2254 Cases in the United States District Courts. The Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A. It does not appear at this juncture that an evidentiary hearing will be required in this matter and petitioner has not demonstrated that the interests of justice are best served by appointment of counsel at this time.

(2) Petitioner's motion for extension of time (Dkt. 17) is GRANTED. Petitioner is directed to file and serve any response to respondent's answer not later than *September 29, 2014*.

(3) This matter is RE-NOTED on the Court's calendar for consideration on *October 3, 2014*.

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 30th day of July, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL AND
GRANTING MOTION FOR EXTENSION OF TIME
PAGE -2